# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

DEANNA MARIE MELTON, et al.  *

           Plaintiffs

Vs.  *  Civil Action No. WMN-01-2119

H. PUTSCH & CO.  *

           Defendant  *

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

The Plaintiff's Motion for Voluntary Dismissal Without Prejudice under Rule 41(b) having come before the Court, and it appearing that the Plaintiff is entitled to the relief requested, it is this 10th day of September 2001 by the United States District Court for the District of Maryland hereby;

ORDERED, that the Motion for Voluntary Dismissal Without Prejudice by Deanna Marie Melton by her father and next friend Robert C. Melton is GRANTED.

                                       William M. Nickerson, District Judge

CC:   Carmel J. Snow, Esquire
        J. Edward Martin, Esquire
        Rodger O. Robertson, Esquire
        Ronald V. Miller, Jr., Esquire