IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| DEANNA MARIE MELTON, et al. | * | |
| Plaintiffs | * | |
| v. | * | |
| H. PUTSCH & COMPANY | * | CIVIL ACTION NO.: WMN-01-2119 |
| Defendant | * | |

\*     \*     \*     \*     \*

## STIPULATION OF DISMISSAL

The Estate of Patricia Ann Martin, Plaintiff, and H. Putsch & Company, Defendant, by their undersigned attorneys, pursuant to Rule 41(a)(1), hereby stipulate to the voluntary dismissal of all claims pending in the above-captioned case, without prejudice.

_____
**Ronald V. Miller, Jr., Esquire** with express permission
3691 Park Avenue, Suite 204
Ellicott City, Maryland  21043
(410) 465-2214
*Attorney for Plaintiffs, James J. Martin,
Colleen Brown and Mary Margaret Conner
as Personal Representatives for the Estate
of Patricia Ann Martin*

_____
**Rodger O. Robertson, Esquire**
The Law Offices of Joseph M. Jagielski
B&O Building, Suite 730
2 North Charles Street
Baltimore, Maryland 21201
(410) 332-7500
*Attorneys for Defendant, H. Putsch & Co.*

" APPROVED " THIS 7th DAY
OF December, 2001
_____
UNITED STATES DISTRICT JUDGE